# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY ROBERTSON,<br><br>                Plaintiff,<br><br>  vs.<br><br>KERI PEDRICK, Former Corrections Corporal for the Nebraska Department of Corrections and Acting OCC Property Officer at Omaha Correctional Institute, in her Individual Capacity;<br><br>                Defendant. | 8:22CV208<br><br>ORDER |

The parties have settled the claims in this matter following a settlement conference held with the undersigned magistrate judge on March 26, 2024. Accordingly,

**IT IS ORDERED:**

1. On or before **May 13, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 26th day of March, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge
.